UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOSEPH CANTRELL,

    Plaintiff

v.

PYRAMID LAKE PAIUTE TRIBE, et al.,

    Defendants

Case No.: 3:23-cv-00544-RCJ-CSD

**Order**

Re: ECF No. 1

Plaintiff has filed an application to proceed *in forma pauperis* (IFP) for an inmate and a civil rights complaint. (ECF Nos. 1, 1-1.) When Plaintiff initiated this action, he was an inmate in custody of the Washoe County Detention Facility (WCDF). He has subsequently filed a notice of change of address indicating that he is no longer in custody at the WCDF.

Since Plaintiff is no longer an inmate, the court will **DENY** his IFP application (ECF No. 1) **WITOUT PREJUDICE**.

The Clerk shall **SEND** Plaintiff the instructions and IFP application for a non-inmate.

Plaintiff has **30 days** from the date of this Order to either file his completed IFP application for a non-inmate or pay the full $402 filing fee. If Plaintiff files his completed IFP application, the court will screen the complaint under 28 U.S.C. § 1915(e)(2)(B), which requires dismissal of a complaint, or any portion thereof, that is frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.

///

///

If Plaintiff fails to timely file a completed IFP application for a non-inmate or pay the filing fee, the court will recommend dismissal of this action without prejudice.

**IT IS SO ORDERED**.

Dated: February 12, 2024

_____
Craig S. Denney
United States Magistrate Judge