UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH CANTRELL,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>PYRAMID LAKE PAUITE TRIBE, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:23-cv-544-ART-CSD<br><br>ORDER<br><br>(ECF No. 8) |

Plaintiff Joseph Cantrell filed a *pro se* civil rights suit against the Pyramid Lake Pauite Tribe, two John Doe police officers, Charlene Dressler, Boyd Jackson, Anne Laughlin, and two Doe police officers. Magistrate Judge Denney issued a Report and Recommendation (R&R) instructing Plaintiff to apply to proceed *in forma pauperis* (IFP) using the Court's long-form application and dismissed Plaintiff's initial filing. Plaintiff did not object.

The Court adopts the R&R in full. The Court is not required to "review . . . any issue that is not the subject of an objection" to an R&R. *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003). Several weeks after Plaintiff's deadline to object, Plaintiff filed a letter with the Court asking to reopen his case. Weeks later, he filed a long-form IFP application. These filings are not objections.

The Court therefore adopts the R&R (ECF No. 8) while keeping the case open for the Magistrate Judge to review Plaintiff's long-form IFP application.

DATED THIS 22nd day of October 2024.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ANNE R. TRAUM
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE